```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09680
    CHRISTOPHER E JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6360

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/29/2007 and was confirmed 08/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
EMC MORTGAGE               NOTICE ONLY   NOT FILED          .00           .00
HSBC MORTGAGE SERVICE      CURRENT MORTG      .00           .00           .00
HSBC MORTGAGE SERVICE      MORTGAGE ARRE  4398.34           .00           .00
EMC MORTGAGE               CURRENT MORTG      .00           .00           .00
EMC MORTGAGE CORPORATION   MORTGAGE ARRE      .00           .00           .00
CHICAGO INSTITUTE NEUROS   UNSEC W/INTER  NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    81.18           .00           .00
PEARLMAN IRWIN DDS         UNSEC W/INTER  NOT FILED         .00           .00
REGIONAL MRI OF CHICAGO    UNSEC W/INTER  1450.00           .00           .00
UNIVERSITY PATHOLOGIST     UNSEC W/INTER  NOT FILED         .00           .00
CHASE BANK USA             UNSEC W/INTER   229.54           .00           .00
AMERICAN EXPRESS TRAVEL    UNSEC W/INTER  4457.20           .00           .00
THOMAS M BRITT             DEBTOR ATTY    2,000.00          .00       1,266.16
TOM VAUGHN                 TRUSTEE                                       93.84
DEBTOR REFUND              REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,360.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             1,266.16
TRUSTEE COMPENSATION                          93.84
DEBTOR REFUND                                   .00
                         ---------------   ---------------
TOTALS                   1,360.00          1,360.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 09680 CHRISTOPHER E JOHNSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 09680 CHRISTOPHER E JOHNSON